DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROY JOHANNES ORJALA** and **KAISA MARI LIND,**
Appellants,

v.

**KULTIVATED KUSTOMS,**
Appellee.

No. 4D22-210

[July 14, 2022]

Appeal from the County Court for the Nineteenth Judicial Circuit, St. Lucie County; Edmond Alonzo, Judge; L.T. Case No. 562021CC002276.

Roy Johannes Orjala and Kaisa Mari Lind, Sebastian, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GERBER, LEVINE and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***